IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE PORTWOOD, individually, and personal representative of Eric Stefan Baggett, deceased, and A.L.B., minor daughter and heir at law of Eric Stefan Baggett, deceased, </br></br> Plaintiff, </br></br> v. </br></br> MONTGOMERY COUNTY, TENNESSEE and CORRECT CARE SOLUTIONS, LLC, </br></br> Defendants. | Civil No. 3:13-0186 </br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the defendants shall file replies to the plaintiff's Response to Correct Care Solution's Motion to Dismiss (Docket No. 21) by July 15, 2013.

It is so **ORDERED**.

ENTER this 28th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge