IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE PORTWOOD, mother, individually, and personal representative of ERIC STEFAN BAGGETT, deceased, and A.L.B., minor daughter and heir at law of ERIC STEFAN BAGGETT, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, TENNESSEE, and CORRECT CARE SOLUTIONS, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:13-cv-0186<br>) Judge Aleta A. Trauger<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the following are hereby

**ORDERED**:

- The defendant Correct Care Solution, LLC's Motion to Dismiss (Docket No. 20) is **GRANTED**, and this defendant is **DISMISSED WITH PREJUDICE** from the action.

- Defendant Montgomery County, Tennessee's affirmative defense relative to the comparative fault of Correct Care Solutions is **STRICKEN WITH PREJUDICE**.

Enter this 25th day of November 2013.

                                                          ALETA A. TRAUGER
                                                          United States District Judge