IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE PORTWOOD, mother, individually, and personal representative of ERIC STEFAN BAGGETT, deceased, and A.L.B., minor daughter and heir at law of ERIC STEFAN BAGGETT, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, TENNESSEE, and CORRECT CARE SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:13-cv-0186<br>Judge Aleta A. Trauger |

# ORDER

For the reasons set forth in the accompanying Memorandum, the following are hereby

**ORDERED**:

- The defendant Correct Care Solution, LLC's Motion to Dismiss (Docket No. 20) is **GRANTED**, and this defendant is **DISMISSED WITH PREJUDICE** from the action.

- Defendant Montgomery County, Tennessee's affirmative defense relative to the comparative fault of Correct Care Solutions is **STRICKEN WITH PREJUDICE**.

Enter this 25th day of November 2013.

_____
ALETA A. TRAUGER
United States District Judge

1