IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **STEPHANIE PORTWOOD, mother,** ) <br> **individually, and personal representative** ) <br> **of ERIC STEFAN BAGGETT, deceased,** ) <br> **and A.L.B., minor daughter and heir at law** ) <br> **of ERIC STEFAN BAGGETT, deceased,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **MONTGOMERY COUNTY,** ) <br> **TENNESSEE,** ) <br> ) <br> **Defendant.** ) | Case No. 3:13-cv-0186 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 34) is **GRANTED** and the plaintiff's Section 1983 claim is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the plaintiff's remaining claims are **REMANDED** to the Circuit Court for Montgomery County, Tennessee.

It is so **ORDERED**.

Enter this 4th day of December 2014.

_____
ALETA A. TRAUGER
United States District Judge

1